Date signed September 29, 2009



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| CONGRESSIONAL HOTEL CORP. | : | Case No. 09-17901PM |
|   d/b/a THE LEGACY HOTEL | : | Chapter 11 |
|     & MEETING CENTRE | : | |
|   f/d/b/a THE RAMADA INN | : | |
| | : | |
|       Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -| : | |

## MEMORANDUM OF OPINION

     Before the court is the Debtor's Motion filed pursuant to 11 U.S.C. § 1121(d) for an order to extend the period within which only the Debtor may file a plan for an additional ninety (90) days.  A timely Objection was filed by Citizens Bank of Pennsylvania, the holder of a claim in excess of $14 million, secured by an indemnity fee and leasehold deed of trust and various other documents.  While this matter has been scheduled for hearing on October 26, 2009, the court believes that the issues are sufficiently set forth on the papers to avoid the necessity of a hearing.

     While Debtor alleges that it has spent a considerable amount of time in bringing itself into compliance with the requirements of a debtor-in-possession, none of the matters described in the Motion is in the least bit out of the ordinary.  As pointed out by Citizens Bank, this is a simple single asset case.  All of the required information for the filing of a plan is readily available, and the Debtor's principals are sophisticated business entities represented by experienced bankruptcy counsel.  The court finds that the Debtor has not and cannot show that it is entitled to this relief.  Viewing this case against the factors often cited from the case of *In re*

*Dow Corning Corp*, 208 B.R. 661, 664 (BC E.D. Mich. 1997), the court finds that this is not a complex case. The Debtor has had sufficient time to negotiate a plan of reorganization, and there is no unresolved contingency presented.

An appropriate order will be entered.

cc:
James M. Greenan, Esq., 6411 Ivy Lane, Suite 200, Greenbelt, MD 20770
Jeffrey M. Orenstein, 15245 Shady Grove Road, Suite 465, Rockville, MD 20850
K. Stewart Evans, Jr., Esq., 600 14th Street, NW, Suite 600, Washington, DC 20005
Michael H. Reed, Esq., 300 Two Logan Square, 18th & Arch Streets, Philadelphia PA 19103
Robert E. Greenberg, Esq., 1101 - 17th Street, NW, Suite 700, Washington DC 20036
United States Trustee, 6305 Ivy Lane, #600, Greenbelt  MD  20770

**End of Memorandum**